UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARKO MILINKOVIC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, et al.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cv-01526-GMN-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: July 28, 2017 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin　　　**RECORDER/TAPE #:**  None

**COUNSEL FOR PLAINTIFF(S):** Marcus Berg

**COUNSEL FOR DEFENDANT(S):** Scott Flinders

**PROCEEDING:**  Conference Call re: Stip to Continue Settlement Conference (ECF No. 25)

　　　　A settlement conference was conducted commencing at 2:00 p.m. regarding the parties' Stipulation and Order to Continue Settlement Conference (ECF No. 25).  As the stipulation was vague, the court inquired of counsel as to why an extension was needed and how long they needed to continue the settlement conference.  Having heard from counsel, the court will grant the parties' stipulation and continue the settlement conference to November 16, 2017.  Counsel was advised to include more information in future stipulations of this nature.

　　　　The settlement conference concluded at 2:04 p.m.

　　　　**IT IS ORDERED** that the parties' Stipulation to Continue the Settlement Conference (ECF No. 25) is **GRANTED**, and the settlement conference currently scheduled for September 7, 2017, at 1:30 p.m. is **VACATED** and **CONTINUED** to **November 16, 2017, at 1:30 p.m.** in Chambers Room 3071.  Confidential settlement statements shall be due no later than **4:00 p.m.**

1

**November 9, 2017**. All other instructions within the original Order Scheduling Settlement Conference (ECF No. 24) shall remain in effect.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE