Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com
tprall@hutchelgal.com

*Attorney for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKO MILINKOVIC,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01526-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the Plaintiff's claim against American Family Insurance Company be dismissed with prejudice. Jury fees, if any, shall be refunded to HUTCHISON & STEFFEN, LLC; each party to bear his/her own attorneys fees and court costs.

Dated: 2-28, 2018

MOSS BERG INJURY LAWYERS

_____
Marcus A. Berg, Esq.
4101 Meadows Lane, Suite 110
Las Vegas, NV 89107

*Attorneys for Plaintiff*

Dated: 3/6, 2018

HUTCHISON & STEFFEN, LLC

_____
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*
*American Family Insurance Company*

## ORDER

**IT IS SO ORDERED.**

Dated this __7__ day of __March__, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC.

_____
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
*Attorney for Defendant*